United States District Court
Southern District of Texas
**ENTERED**
June 27, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TED GASPER and GRACIELA GASPER, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:22-cv-00004 |
| § | |
| ALLSTATE TEXAS LLOYDS, § | |
| § | |
| Defendant. § | |

## DISMISSAL ORDER

The Court now considers the parties' "Joint Stipulation of Dismissal with Prejudice."[1] Plaintiffs seek to dismiss their case with prejudice.[2] Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs may dismiss an action with prejudice by filing a stipulation signed by all parties who have appeared. Because the stipulation is signed by all parties who have appeared,[3] Plaintiffs have effectively dismissed this case and no further action by this Court is necessary.[4] All of Plaintiffs' claims are **DISMISSED WITH PREJUDICE**. All deadlines and conferences in this case are **CANCELLED**, and any pending motion, request, or other matter is **DENIED AS MOOT**. Each party is to bear its own costs and fees. This case is terminated and the Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 27th day of June 2022.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 19.
[2] *Id.* at 1.
[3] *Id.* at 1–2.
[4] *Cf. Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) (quoting *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015) (per curiam)).